IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TARIQ MAHDI**                                             **PLAINTIFF**

v.                        **CASE NO. 4:18-CV-00705 BSM**

**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY, et al.**                              **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 6] and plaintiff Tariq Mahdi's objections [Doc. No. 7] have been reviewed. After *de novo* review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, Mahdi's claims against defendant Pulaski County Regional Detention Facility ("PCRDF") are dismissed with prejudice, his claims against defendant Doc Holladay are dismissed without prejudice, and PCRDF and Doc Holladay are dismissed from this lawsuit.

IT IS SO ORDERED this 22nd day of October 2018.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE