IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TARIQ MAHDI**                                                                             **PLAINTIFF**

**v.**                     **CASE NO. 4:18-CV-00705 BSM**

**PULASKI COUNTY REGIONAL
DETENTION FACILITY, et al.**                                          **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Tariq Madhi's response [Doc. No. 41], United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 40] is adopted. This case is dismissed without prejudice for failure to exhaust administrative remedies.

IT IS SO ORDERED this 15th day of April 2019.

                                                                                       _____
                                                                                    UNITED STATES DISTRICT JUDGE